1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  RICARDO T. VELEZ,                        )  No. CV 14-183-AHS (AGR)
                                             )
12                    Petitioner,            )
                                             )  JUDGMENT
13            v.                             )
                                             )
14  RALPH DIAZ, Warden,                      )
                                             )
15                    Respondent.            )
                                             )
16  _____)

17      Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

18      IT IS ADJUDGED that the Petition is summarily dismissed.

19

20

21  DATED: Jan. 17 , 2014

22                                              ALICEMARIE H. STOTLER
                                                United States District Judge
23
24
25
26
27
28